**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01591-RPM-CBS

PEGGY SALAZ,

    Plaintiff,
v.

PRAXIS FINANCIAL SOLUTIONS, INCORPORATED, an Illinois corporation,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                                BY THE COURT:

7-26-11                           s/Richard P. Matsch
_____     _____
DATE                          Richard P. Matsch, Senior District Judge